IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF JET SKI          * | |
| TOURS OF ALABAMA, LLC, AS         * | |
| OWNER OF TWO 2015 YAMAHA          * | CIVIL ACTION NO. |
| VX1100E-P WAVE RUNNERS,           * | |
| PETITIONING FOR EXONERATION       * | 16-00047-CB-C |
| FROM OR LIMITATION OF             * | |
| LIABILITY                         * | |

## ORDER OF DEFAULT & DEFAULT JUDGMENT

On February 4, 2016, the Court entered an order (Doc. 8), setting an April 11, 2016, claim deadline, directing that the Clerk issue notice of this proceeding and its claim deadline in the *Gulf Coast News* once a week for four successive weeks, and ordering that notice of the monition period was to be provided to persons known to have asserted any claim against the vessel or Petitioner in Limitation Jet Ski Tours of Alabama, LLC ("JSTA"), as owner of two 2015 Yamaha VX1100E-P Wave Runners, concerning the marine casualty at issue in this limitation proceeding.

The Court's order required all persons or entities to bring their claim on or before April 11, 2016, and, according to the record, notice of said monition was duly given through publication and to persons known to have made a claim as required by Supplemental Rule F(4).

To date, no person or entity has asserted claims or otherwise answered JSTA's petition for limitation of liability, and the time for such claims to be made has passed in accordance with this Court's order.

Accordingly, it is **ORDERED** that all persons or entities claiming against JSTA for any and all loss, damage, or injury caused by or resulting from the August 6, 2015,

marine casualty and not having filed a claim by April 11, 2016, as required by the Court's February 4, 2016, order, are hereby defaulted, and final judgment is **ENTERED** in favor of JSTA against all such non-appearing claimants.

No claims having been filed in JSTA's limitation proceeding, and all potential claimants having been defaulted, it is further **ORDERED** that the letter of undertaking filed on behalf of Petitioner in Limitation (Doc. 2) is released, and this case is concluded and closed.

**DONE** this the 30th day of June, 2016.

*s/ Charles R. Butler, Jr.*
**Senior United States District Judge**